# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

In re:                              }
                                    }    Case No. 14-01231-TBB
Jarvis Blanks                       }
Demetria Blanks                     }
                                    }    Chapter 13
         Debtor (s)                 }

## Objection to Claim

Come now the Debtors by their attorney and object to Claim #17 filed by Candica, LLC in the amount of $1,626.64 and gives as reason that Debtors do not owe this amount and demand proof thereof.

Respectfully Submitted,

/s/*Ezra Jordan, III*
Ezra Jordan, III
Attorney for Debtor
205 20th Street N Ste 200
Birmingham, AL 35203
205-327-5551

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing Objection on the creditors of record and on the Honorable Sims Crawford, Chapter 13 Trustee, by depositing a copy of the same in the U. S. Mail properly addressed and first class postage on this the __6th__ day of January, 2015.

/s/*Ezra Jordan, III*
Ezra Jordan, III

Honorable Sims Crawford
Chapter 13 Trustee
P O Box 10848
Birmingham, AL 35202