UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:                             }
                                   }      Case No. 14-01231-TBB
Jarvis Blanks                      }
Demetria Blanks                    }
                                   }      Chapter 13
          Debtor (s)               }

## Objection to Claim

Come now the Debtors by their attorney and object to Claim #18 filed by Candica in the amount of $19,229.41 and gives as reason that Debtors do not owe this amount and demand proof thereof.

Respectfully Submitted,

/s/*Ezra Jordan, III*
Ezra Jordan, III
Attorney for Debtor
205 20th Street N Ste 200
Birmingham, AL 35203
205-327-5551

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing Objection on the creditors of record and on the Honorable Sims Crawford, Chapter 13 Trustee, by depositing a copy of the same in the U. S. Mail properly addressed and first class postage on this the  6th  day of January, 2015.

/s/*Ezra Jordan, III*
Ezra Jordan, III

Honorable Sims Crawford
Chapter 13 Trustee
P O Box 10848
Birmingham, AL 35202